# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:12CR212 |
| vs. | ) | ORDER |
| HELMUT BEJERIS, | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of defendant Helmut Bejeris (Bejeris) to review detention (Filing No. 14). After reviewing the Amended Pretrial Services report and Bejeris's criminal and substance abuse history, the motion will be granted to the extent Pretrial Services shall obtain a substance abuse evaluation of the defendant and provide a copy of the evaluation to the court and counsel. Thereafter, the court will reconsider detention.

**IT IS SO ORDERED.**

DATED this 10th day of August, 2012.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge